ROBERT C. VINCENT, Respondent, v. YONKERS TRANSIT CORPORATION, Appellant.— Order and judgment (one paper) of Supreme Court, Westchester

County, dated September 8, 1967 affirmed, with $10 costs and disbursements. The affidavit in opposition fails to reveal any facts sufficient to raise a triable issue. Rabin, Benjamin and Munder, JJ., concur; Brennan, Acting P. J., and Martuscello, J., dissent and vote to reverse the order and judgment and to deny the motion for summary judgment on the ground that the affidavits raise a triable issue of fact.